**FINANCIAL INSTITUTIONS WHO HAVE FILED AGREEMENTS TO BE APPROVED
AS A DEPOSITORY OF TRUST ACCOUNTS AND TO PROVIDE DISHONORED CHECK REPORTS IN
ACCORDANCE WITH RULE 221, Pa.R.D.E.**

### New


### Name Change

205 Farmers National Bank of Emlenton – Change to 658 Farmers National Bank of Canfield
456 Prudential Savings Bank – Change to 58 Fulton Bank
638 Norristown Bell Credit Union – Change to 3Hill Credit Union


### Platinum Leader Change


### Correction


### Removal

350 HSBC Bank USA, NA


January 2023